I concur with the conclusion of the main opinion that the amended § 18-1A-211, Ala. Code 1975, does not provide a prejudgment interest rate and that it cannot be constitutionally interpreted to preclude an award of prejudgment interest as part of just compensation. I am not altogether persuaded however, that we are without a statutorily prescribed prejudgment interest rate. I would have the parties address whether § 8-8-1 applies here in the absence of a specific statute setting a rate of prejudgment interest. Section 8-8-1 provides, in pertinent part:
 "Except as provided by law, the maximum rate of interest upon . . . things in action, except by written contract is $6 upon $100 for one year . . . ."
(Emphasis added.)